IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                      No. CIV S-09-3174 FCD KJN (TEMP) P

    vs.

A. DAVID, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Defendants have requested an extension of the deadline to file pretrial motions. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' June 10, 2011, request for an extension of time is granted; and

        2. The deadline for filing pretrial motions is extended to July 18, 2011.

DATED: June 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3174.36