IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                        No. CIV S-09-3174 FCD KJN (TEMP) P

    vs.

A. DAVID, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On July 8, 2011, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Therefore, plaintiff's motion for leave to amend must be denied.

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 8, 2011, motion for leave to amend is denied.

DATED: July 13, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3174.10b