IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,                    No. CIV S-09-3174 FCD KJN (TEMP) P

    vs.

A. DAVID, et al.,

    Defendants.              ORDER

_____/

        Defendants have requested an extension of the deadline to file pretrial motions. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 18, 2011 request for an extension of time is granted;

        2. The deadline for filing pretrial motions is extended to September 16, 2011; and

        3. Plaintiff's pretrial statement shall be filed on or before November 15, 2011. Defendants' pretrial statement shall be filed no later than fourteen days from service of plaintiff's.

DATED: July 19, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

jone3174.36(2)