1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MALIK JONES,

11          Plaintiff,                    No. CIV S-09-3174 MCE CKD P

12      vs.

13   A. DAVID, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18          On September 7, 2011, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant A. David was returned unserved because

20   "not listed."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall

21   promptly seek such information through discovery, the California Public Records Act, Calif.

22   Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required

23   information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

26   along with an instruction sheet and a copy of the amended complaint filed July 8, 2010;

1

1          2.  Within sixty days from the date of this order, plaintiff shall complete and

2    submit the attached Notice of Submission of Documents to the court, with the following

3    documents:

4                    a.  One completed USM-285 form for defendant A. David;

5                    b.  Two copies of the endorsed amended complaint filed July 8, 2010; and

6                    c.  One completed summons form (if not previously provided)

7    or show good cause why he cannot provide such information.

8     Dated: November 16, 2011

9                                                       _____

10                                                   CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14
     /mp
15   jone3174.8e

16

17

18

19

20

21

22

23

24

25

26

                                              2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MALIK JONES,

11            Plaintiff,                          No. CIV S-09-3174 MCE CKD P

12      vs.

13  A. DAVID, et al.,                            NOTICE OF SUBMISSION

14            Defendants.                         OF DOCUMENTS

15  _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18            _____        completed summons form

19            ___1___       completed USM-285 forms

20            ___2___       copies of the _July 8, 2010_____
                                          Amended Complaint
21  DATED:

22

23                                        _____

24                                        Plaintiff

25

26