IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                    No. CIV S-09-3174 MCE CKD P

    vs.

A. DAVID, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On December 21, 2011, plaintiff filed a motion requesting the court's assistance in locating defendant David for purposes of serving him with the First Amended Complaint. (Dkt. No. 52.) However, on January 4, 2012, a waiver of service was returned executed as to defendant David, and on January 6, 2012, David filed an answer to the FAC through counsel. (Dkt. Nos. 54, 55.)

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 21, 2011 "motion for court's intervention in serve process on defendant David" (Dkt. No. 52) is denied as moot.

Dated: January 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jone3174.ord2