IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                      No. CIV S-09-3174 MCE CKD P

    vs.

A. DAVID, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On December 28, 2011, the assigned magistrate judge issued findings and recommendations recommending that defendant Holmes's November 15, 2011, motion to dismiss be granted due to plaintiff's failure to file a response. On January 9, 2012, plaintiff filed objections stating that he inadvertently failed to respond to the motion and seeking an additional 21 days to respond to the motion.

        On February 8, 2012, this court granted plaintiff an additional 21 days to respond to defendant Holmes's motion to dismiss. Plaintiff failed to respond to the motion within the allotted period.[1]

---

[1] Plaintiff constructively filed a four-page opposition to defendant Holmes's motion to dismiss on March 12, 2012. (ECF No. 61.) In addition to being signed nearly two weeks after the

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2011 (ECF No. 53), are ADOPTED in full; and

2. The November 15, 2011 motion to dismiss filed by defendant Holmes is GRANTED.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

deadline, this pleading lacks a meritorious argument that Holmes's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure should not be granted.