IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

     Plaintiff,                                    No.  2:09-cv-3174 MCE CKD P

     vs.

A. DAVID, et al.,                              FINDINGS & RECOMMENDATIONS

     Defendants.

_____/

     By order filed March 12, 2013, plaintiff was directed to file an opposition to defendants' November 30, 2012 motion for summary judgment within thirty days.  Plaintiff was advised that failure to file an opposition would be deemed as a statement of non-opposition and would result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  (Dkt. No. 82.)  The thirty-day period has now expired, and plaintiff has not filed an opposition.[1]

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

\\\\\

---

[1] Nothing in the district court's order of April 10, 2013 absolved plaintiff of the duty to respond to the motion for summary judgment as previously ordered.

1

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3 days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

  Dated: April 23, 2013

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
jone3174.ftopp